IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 1:08CV1399 |
| | ) | |
| Plaintiff, | ) | Judge Boyko |
| | ) | Magistrate Judge White |
| vs. | ) | |
| | ) | |
| LORENZO SEABERRY, | ) | <u>DEFAULT JUDGMENT</u> |
| | ) | |
| Defendant. | ) | |

A default having been entered as to the defendant, LORENZO SEABERRY, in the above case, on the <u>8th</u> day of <u>September</u>, 2008 all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendant and having filed a proper affidavit with me as to the amount due from the defendant to the plaintiff;

Judgment is entered in the favor of the United States of America, plaintiff against LORENZO SEABERRY, defendant, on Count 1 in the amount of $6,644.73 (Principal of $2,625.00 and Interest of $4,019.73 through September 3, 2008), plus 10.00% interest to the date of judgment and interest from the date of judgment at the legal rate, and on Count II in the

amount of $9,686.37 (Principal of $3,990.00 and Interest of $5,696.37 through September 3, 2008), plus 08.20% interest to the date of judgment and interest from the date of judgment at the legal rate, computed daily and compounded annually until paid in full, and plus costs of suit in the amount of $350.00.

This  6th  day of  October , 2008.

IT IS SO ORDERED:


s/Christopher A. Boyko
UNITED STATES DISTRICT JUDGE