# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:08CV1399 |
| Plaintiff(s), | ) | |
| v. | ) | |
| LORENZO SEABERRY, | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

   The Court has filed its ORDER in the above-captioned matter.  Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

  IT IS SO ORDERED.

              S/Christopher A. Boyko
              HONORABLE CHRISTOPHER A. BOYKO
              UNITED STATES DISTRICT JUDGE

October 6, 2008